PETER EHLY and J. I. CASE THRESHING MACHINE COMPANY, Respondents, v. G. H. HELGERSON, Commissioner of Hail Insurance of the State South Dakota, Appellant.

(223 N. W. 732.)

(File No. 6763. Opinion filed February 21, 1929.)

*Buell F. Jones,* Attorney General, and *H. A. Linstrom,* Assistant Attorney General, for Appellant.

*T. C. Gorman,* of Timber Lake, and *Corrigan & Walton,* of Aberdeen, for Respondents.

PER CURIAM. This is a companion case to No. 6762, Carl Ehly v. Helgerson, Commissioner, 54 S. D. —, 223 N. W. 731, opinion this day filed. Upon the authority of that decision, the judgment here appealed from is reversed, the peremptory writ quashed, and the cause remanded with directions to enter a judgment dismissing the alternative writ. Let no costs be taxed on this appeal.

MISER, C., sitting in lieu of BROWN, J., absent.